# Court of Appeals
## Tenth Appellate District of Texas

---
10-25-00413-CR
---

In re Bryan Stallworth

---
Original Proceeding
---

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's petition for writ of mandamus, filed on November 10, 2025, is denied.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  November 20, 2025

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Denied
Do Not Publish
OT06

